1004

No. 205. Ross *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Roland D. Ealey* for petitioner. *Reno S. Harp III* for respondent.

No. 663. NATIONAL SURETY CORP. *v.* UNITED STATES FOR THE USE OF WAY PANAMA, S. A. C. A. 5th Cir. Certiorari denied. *Dayton G. Wiley* for petitioner. *Fred Much* for respondent.

No. 667. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioners. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 672. CHIODO ET AL. *v.* GENERAL WATERWORKS CORP. C. A. 10th Cir. Certiorari denied. *Calvin A. Behle, George W. Latimer, Keith E. Taylor* and *Adam M. Duncan* for petitioners. *Peter W. Billings* and *Peter Keber* for respondent.

No. 674. THOMAS ET AL. *v.* CONSOLIDATION COAL Co. (POCAHONTAS FUEL Co. DIVISION) ET AL. C. A. 4th Cir. Certiorari denied. *D. Grove Moler* for petitioners. *Harry G. Camper, Jr.,* for Consolidation Coal Co., and *Edward L. Carey, Harrison Combs* and *M. E. Boiarsky* for International Union, United Mine Workers of America, et al., respondents.

No. 676. DETROIT & TOLEDO SHORE LINE RAILROAD Co. ET AL. *v.* COURT OF COMMON PLEAS OF LUCAS COUNTY ET AL. Sup. Ct. Ohio. Certiorari denied. *John M. Curphey* for petitioners. *Charles H. Brady* for respondents.